UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Ellen M. McDowell
McDowell Posternock Apell & Detrick, PC
46 W. Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544           Attorneys for the Debtor
Telecopier: (856) 482-5511

|  |  |  |
|---|---|---|
| In re: | : | Case No.: 14-20608 (JNP) |
| KONSTANTINOS TZITZIFAS, | : | Chapter 11 |
| Debtor | : |  |

## CERTIFICATION OF ELLEN M. McDOWELL IN SUPPORT OF MOTION FOR ENTRY OF DISCHARGE

Ellen M. McDowell, of full age, hereby certifies as follows:

1. I am the attorney for the Debtor in this case and make this Certification in Support of the Debtor's Motion for Entry of Discharge.

2. The Debtor filed a Plan of Reorganization which was confirmed by this Court by order dated November 28, 2015.

3. The Plan called for the Debtor to make a one-time distribution to unsecured creditors in the amount of $110,000.

4. The Plan further provided that upon payment of the amounts pledged to be paid under the Plan, the Debtor would be discharged from his debts.

5. The Debtor filed his Report of Distributions under Confirmed Plan on December 18, 2015, certifying that he disbursed the sum of $110,000 to creditors between December 1, 2015 and December 14, 2015.

6. As a result of the foregoing, an Order should be entered discharging the Debtor from his debts.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.


Dated: February 7, 2016                    /s/*Ellen M. McDowell*
                                           Ellen M. McDowell